# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2963

_____

Billy Tyler,                                          *
                                                      *
            Appellant,                                *
                                                      *    Appeal from the United States
      v.                                              *    District Court for the
                                                      *    District of Nebraska.
Unknown Mayo, Deputy U.S.                             *
Marshals; Unknown Lewis, Deputy                       *    [UNPUBLISHED]
U.S. Marshals,                                        *
                                                      *
            Appellees.                                *

_____

Submitted: December 6, 2011
Filed: December 7, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Billy Tyler appeals the district court's[1] order dismissing his civil complaint. After careful review, we conclude that the district court properly dismissed the complaint. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.